STATE OF MAINE
CUMBERLAND, ss.

UNIFIED CRIMINAL DOCKET
CUMCD-CR-13-1576,
*WSB - CUM - 6/17/2013*

STATE OF MAINE,

v.

DECISION

MICHAEL SCHWARTZ,

Defendant.

## FINDINGS

1. The Cumberland County Sheriff's policy F-130 states that outgoing mail from inmates shall not be read or censored except when a reasonable belief exists that the correspondence contains information related to criminal activity or security. *See* State's Exhibit A, page 2, paragraph A(3).

2. Jean Coleman works for the Cumberland County Sheriff as a receptionist-records clerk. For several years she has been designated by Capt. Steven Butes, the head of security and operations at the Cumberland County Jail, as a "second set of eyes" to inspect and search outgoing inmate mail for evidence of criminal activity.

3. In August 2012, Ms. Coleman inspected an envelope sent by inmate Michael Schwartz to a private person outside the jail.

4. The envelopes provided to jail inmates are very thin. The writing paper supplied to the inmates is either white or yellow lined. It is easily visible through the thin envelopes.

5. Ms. Coleman looked for the lined paper through the envelope and did not see it. Instead she saw what looked to be an official form. She then saw the form referred to "unemployment."

6. Ms. Coleman was immediately suspicious. Ms. Coleman knew that inmates are not eligible for unemployment insurance if they have not been able to search for work, which most inmates cannot do. Ms. Coleman also knew that if an inmate sent a job search form directly to the Labor Department, the department would know it had come from an inmate. Jail rules require that all outgoing mail have a return address on the envelope for the county jail.

7. Ms. Coleman reasonably believed that Mr. Schwartz was sending a fraudulent work search log to a private person who could then forward it to the Labor Department in an envelope not showing the jail as Mr. Schwartz's return address.

8. Ms. Coleman opened Mr. Schwartz's envelope, read the contents and discovered a fraudulent work search log prepared by Mr. Schwartz.

9. Ms. Coleman then forwarded the mail to its addressee and notified Blaine Richardson, who investigates unemployment fraud for the State of Maine.

## DISCUSSION

The case law submitted by the State and even by Mr. Schwartz establishes that the sheriff's policy is constitutional. *See Stow v. Grimaldi*, 993 F.2d 1002, 1004 (1st Cir. 1993); *United States v. O'Rourke*, 2000 U.S. Dist. Lexis 8064, 2000 WL 761659 (D. Me. April 19, 2000).

Mr. Schwartz argues that Ms. Coleman violated the sheriff's policy and the constitution by opening his envelope without a reasonable belief. In fact Ms. Coleman was being overly cautious. Under the policy and the law, she did not have to try to determine the existence of criminal activity by peering through the envelope. She had the right to open the envelope and briefly inspect what was inside. If she saw evidence of wrongdoing, as she did, then she could read the material and confiscate it for

2

examination by her superior. If she did not find evidence of wrongdoing after a brief inspection, then she would simply seal the envelope and send it on its way.

Whichever procedure Ms. Coleman followed, once she determined that the envelope contained an unemployment form prepared by a prisoner; she had reasonable belief that a crime was in progress and she acted appropriately.

The clerk shall make the following entry on the docket, by reference:

Defendant Michael Schwartz's motion to suppress is denied in all respects.

DATED: June 17, 2013

_____
William S. Brodrick
Active-Retired Justice, Superior Court

STATE OF MAINE
  vs
MICHAEL T SCHWARTZ
CUMBERLAND COUNTY JAIL
PORTLAND ME 04101

CRIMINAL DOCKET
CUMBERLAND, ss.
Docket No   CUMCD-CR-2013-01576

**DOCKET RECORD**

DOB: 08/12/1979
Attorney: VERNE PARADIE                             State's Attorney: JULIA SHERIDAN
          PARADIE SHERMAN & WORDEN
          11 LISBON ST SUITE 202
          LEWISTON ME 04240
          APPOINTED 03/13/2013

Filing Document: INDICTMENT                         Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 03/07/2013

## Charge(s)

1   FORGERY                                         03/10/2012 PORTLAND
Seq 8508  17-A  703(1)(A-1)(2)         Class C
   GORHAM              / CUM

2   THEFT BY UNAUTHORIZED TAKING OR TRANSFER  03/10/2012 PORTLAND
Seq 8427  17-A  353(1)(B)(4)           Class C
   GORHAM              / CUM

3   MAKING FALSE STATEMENT - UNEMPLOYMENT     03/10/2012 PORTLAND
   FRAUD
Seq 856   26    1051(1)                Class D
   GORHAM              / CUM

## Docket Events:

03/08/2013 FILING DOCUMENT -  INDICTMENT FILED ON 03/07/2013

03/08/2013 Charge(s): 1,2,3
           HEARING -  ARRAIGNMENT SCHEDULED FOR 03/13/2013 at 01:00 p.m. in Room No.  1

           NOTICE TO PARTIES/COUNSEL
03/08/2013 OTHER FILING -  NOTICE OF JOINDER FILED BY STATE ON 03/07/2013
           JAMES  TURCOTTE , ASSISTANT CLERK
           JOINED WITH KANE 13-1560
03/14/2013 Charge(s): 1,2,3
           HEARING -  ARRAIGNMENT HELD ON 03/13/2013
           PAUL E EGGERT , JUDGE
           DA:  JULIA SHERIDAN
           DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS        TAPE #4804
03/14/2013 Charge(s): 1,2,3
           PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 03/13/2013

03/14/2013 BAIL BOND -  CASH BAIL BOND SET BY COURT ON 03/13/2013
           PAUL E EGGERT , JUDGE
           $5,000. CASH
03/14/2013 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/14/2013 at 08:30 a.m. in Room No.  7

03/14/2013 TRIAL - JURY TRIAL SCHEDULED FOR 06/24/2013 at 08:30 a.m. in Room No. 11

    NOTICE TO PARTIES/COUNSEL
03/14/2013 MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 03/13/2013

03/14/2013 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/13/2013
    PAUL E EGGERT , JUDGE
    COPY TO PARTIES/COUNSEL
03/14/2013 Party(s): MICHAEL T SCHWARTZ
    ATTORNEY - APPOINTED ORDERED ON 03/13/2013

    Attorney: VERNE PARADIE
05/14/2013 HEARING - DISPOSITIONAL CONFERENCE CONTINUED ON 05/14/2013
    JEFF MOSKOWITZ , JUDGE
    DA: ROBERT ELLIS
    CASE CONTINUED TO 5-16-13 @ 8:30 A.M.
                                                        TAPE 4958
05/14/2013 HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/16/2013 at 08:30 a.m. in Room No. 7

05/16/2013 HEARING - DISPOSITIONAL CONFERENCE HELD ON 05/16/2013
    JEFF MOSKOWITZ , JUDGE
    Attorney: VERNE PARADIE
    DA: JULIA SHERIDAN
    CONF HELD, OFFER MADE. MOTION FILED
05/16/2013 Charge(s): 1,2,3
    MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 05/16/2013

05/16/2013 Charge(s): 1,2,3
    HEARING - MOTION TO SUPPRESS SCHEDULED FOR 06/11/2013 at 01:00 p.m. in Room No. 1

    NOTICE TO PARTIES/COUNSEL
06/06/2013 Charge(s): 1,2,3
    HEARING - STATUS CONFERENCE HELD ON 05/31/2013
    ROLAND A COLE , JUSTICE
    Attorney: CLIFFORD STRIKE
    DA: JULIA SHERIDAN
    VERNE PARADIE PARTICIPATED BY PHONE. TRIAL ON CR-13-1576 JOINED WITH 13-1560 TO PROCEED TO
    TRIAL ON 6/24. DOCKET 12-6129 JOINED WITH 12-6114 TO BE RESET.
06/12/2013 Charge(s): 1,2,3
    HEARING - MOTION TO SUPPRESS HELD ON 06/11/2013
    WILLIAM BRODRICK , JUSTICE
    DA: JULIA SHERIDAN
    TAPE #5064
06/12/2013 Charge(s): 1,2,3
    MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 06/11/2013
    WILLIAM BRODRICK , JUSTICE
06/19/2013 Charge(s): 1,2,3
    MOTION - MOTION TO SUPPRESS DENIED ON 06/18/2013
    WILLIAM BRODRICK , JUSTICE
    COPY TO PARTIES/COUNSEL